EMANUEL B. COHEN, as Committee of the Estate of DENNIS HANKINSON, an Incompetent · Person, Appellant, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEOPOLD FIORENTINO, Appellant, v. EMMA FIORENTINO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CORPORATE PRESS, INCORPORATED, Respondent, v. COURT PRESS, INC., and. BENJAMIN W. BROWN, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,176.20; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES HASKELL LEVITT, Appellant, v. COURT PRESS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEONARA B. ROSSBACH and Others, as Trustees, etc., of LEOPOLD ROSSBACH, Deceased, Appellants, v. AURORA HOLDING CORPORATION, Respondent, Impleaded with Another.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, on the authority of *Johnson* v. *Meyer* (268 N. Y. 701) and *Rochester Trust & Safe Deposit Co.* v. *Hatch* (273 id. 507). Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Opening and Extending of the Saw Mill River Parkway from Broadway to Riverdale Avenue at West 249th Street, Bronx, City of New York. CAROLINE L. ISELIN, Claimant, Appellant; THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DR. SCHOLL'S FOOT COMFORT SHOPS, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.